**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                                                          Case No.   1:20-cv-4219-WFK-CLP

                  Plaintiff,

            - against -

LIVEPURE LLC,

                  Defendants
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and without costs or attorneys' fees, of the above-referenced matter against LivePure LLC. No Answer has been filed in this case.

Dated: Scarsdale, New York
         December 18, 2020

                                                SHAKED GOUP, P.C.
                                               Attorneys for Plaintiff

                                         By: */s/Dan Shaked*
                                            Dan Shaked (DS-3331)
                                            14 Harwood Court, Suite 415
                                            Scarsdale, NY 10583
                                            Tel. (917) 373-9128
                                            Fax (718) 704-7555
                                            e-mail: ShakedLawGroup@Gmail.com

The application is ✓ granted.
SO ORDERED          ___ denied
s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Dec. 18, 2020
       Brooklyn, New York